**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLEN ARROYO,<br><br>              Petitioner,<br><br>   vs.<br><br>CAPTAIN CARL CARTER,<br><br>              Respondent. | CASE NO. CV 08-04637 GAF (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge.  Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which the parties have objected.  The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: January 12, 2010

*[signature: Gary Feess]*

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE